# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| LINDA HENDERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:18-cv-00945-K |
| v. | § | |
| | § | |
| FIRST MORTGAGE CORPORATION | § | |
| and FREEDOM MORTGAGE | § | |
| CORPORATION, | § | |
| | § | |
| Defendant. | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated February 27, 2019. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant Freedom Mortgage Corporation's Motion for Judgment on the Pleadings (ECF No. 12) and Defendant First Mortgage Corporation's Motion for Judgment on the Pleadings (ECF No. 17) are

**GRANTED** and that all of Plaintiff's claims against Defendants are **DISMISSED with prejudice**.

SO ORDERED.

Signed March 14th, 2019.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE